IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | |
|---|---|
| Janell Rudd Cornelius, ) | Case No.: 6:21-3200-TMC |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **NOTICE OF DISMISSAL** |
| ) | **WITHOUT PREJUDICE** |
| Reliance Standard Life Insurance ) | |
| Company, ) | |
| ) | |
| Defendant. ) | |

**PLEASE TAKE NOTICE** Plaintiff hereby dismisses the matter *sub judice* without prejudice pursuant to Fed.R.Civ.P. 41.

                                                                                                      s/ Nathaniel W. Bax
                                                                                                      Nathaniel W. Bax, Esq.
                                                                                                       Federal Bar #: 09835
                                                                                                      **FOSTER LAW FIRM, LLC**
                                                                                                       PO Box 2123
                                                                                                        Greenville, SC 29602
                                                                                                        (864) 242-6200
                                                                                                        (864) 233-0290 (facsimile)
                                                                                                        E-mail: nbax@fosterfoster.com

Date: December 8, 2021                         Attorneys for Plaintiff